UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALFONIO THOMPSON,

        Plaintiff,                        Case Number 21-10760
v.                                            Honorable David M. Lawson
                                                Magistrate Judge Patricia T. Morris
DENNIS HOWE and GOBEYNS BRIDGEPORT
TOWING,

        Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING THE COMPLAINT FOR FAILURE TO PROSECUTE

Presently before the Court is the report issued on June 22, 2021 by Magistrate Judge Patricia T. Morris pursuant to 28 U.S.C. § 636(b), recommending that the Court dismiss the case for want of prosecution. The deadline for filing objections to the report has passed, and no objections have been filed. The parties' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the report and recommendation (ECF No. 6) is **ADOPTED**, and the case is **DISMISSED** for failure to prosecute.

                                                                    s/David M. Lawson
                                                                    DAVID M. LAWSON
                                                                    United States District Judge

Dated:  August 31, 2021